IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARIO ENRIQUE LOZA GUTIERREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1975 (LMB/LRV) |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

On July 3, 2026, petitioner Mario Enrique Loza Gutierrez's ("Loza") filed a Petition for Writ of Habeas Corpus ("Petition"), in which he asserts that he has been illegally detained by the U.S. Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") agency. Loza contends that although he is subject to a final order of removal, he is entitled to release as a class member of Sanchez, et al. v. McAleenan. et al.. No. 8:2019-cv-1728 (D. Md. Mar. 25, 2025). Specifically, he alleges that as a member of the Sanchez class, "[p]etitioner is entitled to not be detained by the [federal respondents] pending adjudication of [his] Form 1-130 and subsequent applications with [the Department of Homeland Security]." [Dkt. No. 1] at ¶ 33. On July 7, 2026, this Court entered an Order requiring that he not "be removed or transferred from this district for any reason without this Court's permission" and directing the federal respondents to show cause as to why the Petition should not be granted.[1] [Dkt. No. 5].

---

[1] Although Loza's Petition was filed on July 3, 2026, the civil action was not assigned to this Court until July 7, 2026.

In the federal respondents' response to the Petition, they explain that Loza was removed from the United States "approximately six hours prior to the issuance of the Court's Order." [Dkt. No. 6] at 1. Specifically, petitioner "departed [on] an outbound flight from George Bush Intercontinental Houston Airport on July 7, 2026, at approximately 11:03 AM Eastern Time[,]" and "arrived at Monsenor Oscar Amulfo Romero International Airport in El Salvador on the same date at approximately 2:20 PM Eastern Time." Id. Petitioner does not contest this assertion. Because Loza has been removed from the United States, his Petition is now moot. Accord Pankov v. ICE/DHS, No. 2:20-cv-626, 2021 WL 4076692, at *2 (E.D. Va. June 22, 2021), report & recommendation adopted, 2021 WL 4072650 (E.D. Va. Sept. 7, 2021); Ampadu v. Crawford, No. 2:16 cv-612, 2017 WL 772917, at *1 (E.D. Va. Jan. 27, 2017), report & recommendation adopted, 2017 WL 772911 (E.D. Va. Feb. 27, 2017) (same). Accordingly, it is hereby

ORDERED that Loza's Petition, [Dkt. No. 1], be and is DENIED and DISMISSED as moot.

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 23ⁿᵈ day of July, 2026.

Alexandria, Virginia

/s/ 

Leonic M. Brinkema
United States District Judge